☐ AMENDED

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re: (1) Reginald Walker                              Case No. 19-21176

(2)

Debtor(s).                                              Chapter 13

## CHAPTER 13 PLAN

ADDRESS:   (1) 5331 Rock Ridge Cove , Memphis, TN 38134   (2)

PLAN PAYMENT:

DEBTOR (1) shall pay ____40.00_____ ☑ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly

☐ PAYROLL DEDUCTION from:

OR ☑ DIRECT PAY.

DEBTOR (2) shall pay _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly

☐ PAYROLL DEDUCTION from:

OR ☑ DIRECT PAY.

1. THIS PLAN [Rule 3015.1 Notice]:

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ Yes   ☑ No

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]   ☐ Yes   ☑ No

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ Yes   ☑ No

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

4. **DOMESTIC SUPPORT:**

Paid by: ☐ Debtor(s) directly, ☐ Wage Assignment, OR ☐ Trustee to:

Monthly Payment

-NONE-

5. **PRIORITY CLAIMS:**

-NONE-

6. HOME MORTGAGE CLAIMS:

Paid by: ☐ Paid directly by debtor(s); OR ☐ Paid by Trustee to:

Monthly Payment

-NONE-

7. SECURED CLAIMS:

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-NONE-

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral        Rate of Interest        Monthly Plan Payment:

-NONE-

9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:

-NONE-

10. SPECIAL CLASS UNSECURED CLAIMS:

Amount        Rate of Interest        Monthly Plan Payment:

-NONE-

11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

-NONE-

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:  $74.00.

15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:

☐ OR,

☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| Main Street Renewal | ☑ Assumes **OR** | ☐ Rejects |

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately <u>60</u> months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISIONS(S):**
    _____.
    ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID.

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

<u>/s/ John Dunlap</u>
Attorney

DATE: <u>02/08/2019</u>

Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature